**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATTHEW ALLEN ROSEN, ) <br> ) <br> Defendant. ) | 2:14-CR-144-KJD-(VCF) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on January 22, 2015, defendant MATTHEW ALLEN ROSEN pled guilty to a One-Count Criminal Indictment charging him with Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 32; Plea Agreement, ECF No. 33.

This Court finds defendant MATTHEW ALLEN ROSEN agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 32; Plea Agreement, ECF No. 33.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant MATTHEW ALLEN ROSEN pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3):

. . .

1. One (1) Apple iMac computer (Serial #W8839042ZE4);
2. One (1) hard drive/CD ROM (Serial #GEK033RG26J7NC);
3. One (1) hard drive/CD ROM (Serial #080239B0157);
4. One (1) Maxtor hard drive/CD ROM (Serial #A41JAWMC);
5. One (1) Western Digital hard drive/CD ROM (Serial #WMAAT1688120);
6. One (1) Antec hard drive/CD ROM (Serial #9QJ0GR8F);
7. One (1) Toshiba hard drive/CD ROM (Serial #62T64311T); and
8. One (1) Western Digital hard drive/CD ROM (Serial #WMAJ94194161).

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of MATTHEW ALLEN ROSEN in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the

petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this <u>6th</u> day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individual was served with a copy of the Preliminary Order of Forfeiture on March 3, 2015, by the below identified method of service:

<u>Electronic Filing</u>

Michael W. Sanft
Sanft Law
324 South 3rd Street, 2nd Floor
Las Vegas, NV 89101
michael@sanftlaw.com
Counsel for Matthew Allen Rosen

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal