

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAY   5 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

MATTHEW ALLEN ROSEN,

       Defendant.

)
)
)
)
)
)
)
)
)
)

2:14-CR-144-KJD-(VCF)

### FINAL ORDER OF FORFEITURE AS TO MATTHEW ALLEN ROSEN

On March 11, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) forfeiting property of defendant MATTHEW ALLEN ROSEN to the United States of America.  Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 32, Plea Agreement, ECF No. 33; Preliminary Order of Forfeiture, ECF No. 36.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) and Title 18, United States Code, Section 2253(a)(1) and (a)(3), that the Preliminary Order of Forfeiture (ECF No. 36), listing the following assets, is final as to defendant MATTHEW ALLEN ROSEN:

      1. One (1) Apple iMac computer (Serial #W8839042ZE4);

      2. One (1) hard drive/CD ROM (Serial #GEK033RG26J7NC);

      3. One (1) hard drive/CD ROM (Serial #080239B0157);

      4. One (1) Maxtor hard drive/CD ROM (Serial #A41JAWMC);

5. One (1) Western Digital hard drive/CD ROM (Serial #WMAAT1688120);

6. One (1) Antec hard drive/CD ROM (Serial #9QJ0GR8F);

7. One (1) Toshiba hard drive/CD ROM (Serial #62T64311T); and

8. One (1) Western Digital hard drive/CD ROM (Serial #WMAJ94194161).

DATED this ___ day of May, 2015.


_____
UNITED STATES DISTRICT JUDGE