

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW ALLEN ROSEN,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)  2:14-CR-144-KJD-(VCF)<br>)<br>)<br>)<br>) |

**FINAL ORDER OF FORFEITURE**

On March 11, 2015, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant MATTHEW ALLEN ROSEN to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant MATTHEW ALLEN ROSEN pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 32; Plea Agreement, ECF No. 33; Preliminary Order of Forfeiture, ECF No. 36.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 17, 2015, through April 15, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 37.

///

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. One (1) Apple iMac computer (Serial #W8839042ZE4);
2. One (1) hard drive/CD ROM (Serial #GEK033RG26J7NC);
3. One (1) hard drive/CD ROM (Serial #080239B0157);
4. One (1) Maxtor hard drive/CD ROM (Serial #A41JAWMC);
5. One (1) Western Digital hard drive/CD ROM (Serial #WMAAT1688120);
6. One (1) Antec hard drive/CD ROM (Serial #9QJ0GR8F);
7. One (1) Toshiba hard drive/CD ROM (Serial #62T64311T); and
8. One (1) Western Digital hard drive/CD ROM (Serial #WMAJ94194161).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

///
///
///
///
///

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 12th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individual was served with a copy of the Final Order of Forfeiture on June 10, 2015, by the below identified method of service:

<u>Electronic Filing</u>

Michael W. Sanft
Sanft Law
324 South 3rd Street, 2nd Floor
Las Vegas, NV 89101
michael@sanftlaw.com
Counsel for Matthew Allen Rosen

/s/ Mary Stolz
Mary Stolz
Forfeiture Support Associates Paralegal